1  THOMAS S. McCONNELL (Bar No. 132932)
       thomas.mcconnell@msrlegal.com
2  KATHRYN R. JONES (Bar No. 252004)
       katie.jones@msrlegal.com
3  MILLER STARR REGALIA
   A Professional Law Corporation
4  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
5  Walnut Creek, California  94596
   Telephone:    (925) 935- 9400
6  Facsimile:    (925) 933-4126

7  Attorneys for Plaintiff
   CVS PHARMACY, INC., a Rhode Island
8  corporation

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 CVS PHARMACY, INC., a Rhode Island        No. CV12-07000 -ODW (AGRx)
   corporation,
13                                           ORDER GRANTING PRELIMINARY
              Plaintiff,                     INJUNCTION
14
   v.
15                                           Date complaint filed:    August 14, 2012
   STEVEN GINCIG, D.C.M. &                   Trial date:              None set
16 ASSOCIATES, LLC, a California limited
   liability company and DOES 1-10,
17
              Defendants.
18

19         Based upon the accompanying Stipulation for Preliminary Injunction entered into

20 between plaintiff CVS PHARMACY, INC. ("CVS"), on the one hand, and defendants STEVEN

21 GINCIG and D.C.M. & ASSOCIATES, LLC, on the other, and good cause appearing therefor,

22         IT IS HEREBY ORDERED that during the pendency of this action defendants

23 STEVEN GINCIG and D.C.M. & ASSOCIATES, LLC and their officers, directors, members,

24 shareholders, affiliated companies, partners, beneficiaries, agents, attorneys, contractors,

25 subcontractors, consultants, legal and personal representatives, employees, and fictitious names,

26 including, but not limited to "Peter Ryan", "Thomas E. Darton", "Premier Financial Recoveries",

27 "Premier Financial Recovery Services", and "Darton, Cheswick & Martin", are enjoined and

28 restrained from the following:

C:\Documents and Settings\BDJ\Local Settings\Temporary            ORDER GRANTING  PRELIMINARY INJUNCTION
Internet Files\OLK23A\PROPOSED ORDER granting        -1-                    (No. CV12-07000 ODW AGRx)

1.     Interfering with CVS and/or any of its agents, representatives, contractors, employees, and/or attorneys from collecting any monies from the Vendors identified in Exhibit "A" to this Order;

2.     Corresponding verbally or in writing with any of the Vendors concerning CVS and/or the Vendor Debit Balances identified in Exhibit "A";

3.     Collecting or attempting to collect any further Vendor Debit Balances, identified on Exhibit "A", or any other monies owing to CVS from the Vendors identified in Exhibit "A".

4.     Retaining possession of any portion of any monies owing to CVS collected from the Vendors identified in Exhibit "A"; and

5.     Using CVS' name or likeness in any debt collection efforts.

IT IS FURTHER ORDERED that in the event that the above-named defendants receive any monies from the Vendors identified in Exhibit "A", or any other monies owing to CVS, defendants shall immediately turnover sums to their counsel of record, Brandon M. Tesser, who shall deposit said sums into a trust account pending resolution of the above-captioned matter.

**IT IS SO ORDERED.**

Dated: September 13, 2012

_____
Hon. Otis D. Wright, II
United States District Court
Central District of California